UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-11378-AH(MBKx)** | Date | June 1, 2026 |
|---|---|---|---|

| Title | Tushar Agrawal v. United States Citizenship and Immigration Services et al | **JS-6** |
|---|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [14], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.


cc: all parties

00   :   

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk    YS